**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:17CR347** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **THOMAS WOODARD,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [51]. Counsel needs additional time to review discovery and conduct plea negotiations. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [51] is granted, as follows:

1. The jury trial, now set for August 20, 2018, is continued to **October 29, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 29, 2018**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: August 13, 2018.**

**BY THE COURT:**

**s/ Michael D. Nelson
United States Magistrate Judge**